RECEIVED
APR 13 2022
Clerk, U.S. District Court
Juneau, AK

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

WilliAM C ClARKR
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

RYAN TANSEY
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:22 CV 00016 JMK
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | WilliAM C ClARKR |
| Street Address | 8715 TEAl STREET |
| City and County | JUNEAU AK |
| State and Zip Code | AlASKA 99801 |
| Telephone Number | 907-419-7077 |
| E-mail Address | WCCINdACA@GMAil.COM |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | RYAN TANSEY |
| Job or Title *(if known)* | US PROSECUTOR |
| Street Address | 101 12th AVENUE ROOM 310 |
| City and County | FAIRBANKS |
| State and Zip Code | ALASKA 99701 |
| Telephone Number | 907-456-0245 |
| E-mail Address *(if known)* | RYAN.TANSEY@USDOJ.GOV |

Defendant No. 2

| | |
|---|---|
| Name | APPLE INC TIM COOK |
| Job or Title *(if known)* | BOARD CEO |
| Street Address | ONE APPLE PARK WAY |
| City and County | CUPERTINO |
| State and Zip Code | CALIFORNIA 95014 |
| Telephone Number | 1-800-275-2273 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | CNN AMY SITWEL |
| Job or Title *(if known)* | CNN BOARD OF DIRECTORS |
| Street Address | 10 COLUMBUS CIRCLE, NY |
| City and County | NEW YORK |
| State and Zip Code | NEWYORK 10019 |
| Telephone Number | 1-212-275-7800 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | CNBC |
| Job or Title *(if known)* | CORPORATION |
| Street Address | 30 ROCKEFELLER PLAZA |
| City and County | NEW YORK |
| State and Zip Code | NEWYORK 10112 |
| Telephone Number | 1-201-735-2622 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 US. Code 77 1585
SLAVERY QUESTION BY TECHNOLOGY
THEFT + INJURY (SURGICALLY IMPLANTED BODY CAM + PACEMAKER

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* __________, is a citizen of the State of *(name)* __________.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* CNN AMY SITUEL, is incorporated under the laws of the State of *(name)* NEW YORK, and has its principal place of business in the State of *(name)* NEW YORK/ATLANTA GEORGIA

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* __________, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

b. If the defendant is a corporation

The defendant, *(name)* APPLE INC TIM COOK, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______. Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

THEFT DISTRIBUTION/BODILY INJURY/SLAVERY ?

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

JUNEAU ALASKA

B. What date and approximate time did the events giving rise to your claim(s) occur?

WITH RYAN TANSKY THE PAST 6 MONTH
WITH CNN + ALL CORPORATIONS 10 YEARS AND COUNTING!

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

All SUBJECTS, WITNESS, OR PERPERATRATORS ARE IN THE DOCUMENTATION IN THE ENVELOPE! THEY CAN HACK INTO THE MEDICAL EQUIPMENT & INFLICT BODILY HARM! DUE TO THE FACT OF CORRUPTION All IS BEING COVERED UP BY LAW ENFORCEMENT!

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

THEY HAVE STOLEN MILLIONS IN INTELLECTUAL PROPERTY! AND CONTINUE TO USE THE MEDICAL EQUIPMENT IN MY PERSON AS A WEAPON INCLUDING A PACEMAKER SYSTEM All DOCTORS IN JUNEAU ALASKA WERE PAID BY CNN EVEN TO USE SOFT WARE TO MANIPULATE CT SCANS, X RAYS, EASY FOR YOU TO PROVE

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

All MEDICAL, All LOSS, THEY EVEN SOLD ME IN ILLEGAL FILM & PORN! LOSS OF HUNDREDS OFF MILLIONS! I ASK YOU TO REVIEW & INVESTIGATE APPLE & All CORPORATIONS INCLUDING X RATED OUT OF CALIFORNIA!

RYAN TANSEY IS NAMED DO TO HIS INVOLVEMENT & NO ONE CAN LIE ABOUT ANY DOMAIN USED BY THESE CORPORATIONS! RYAN TANSEY, JASON WEINER, JASON ALLEN & WIFE & JUDGE SCOTT ORAVEC WERE APART OF THE ILLEGAL FILM & HARM, ALSO NOTE OF THEM INVOLVED IN CHILD PORN & CONTINUING

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-4-22

Signature of Plaintiff [signature]

Printed Name of Plaintiff WILLIAM C. CLARKE

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________

William C Clarke
8715 Trail Street
Juneau AK 99801

U.S. POSTAGE PAID
FCM LG ENV
JUNEAU, AK
99801
APR 13, 22
AMOUNT
**$2.96**
R2305M144669-1

UNITED STATES POSTAL SERVICE
1000
99802

US District Court
P.O Box 020349
Juneau, AK, 99802